In the Matter of PHILIP F. WEXNER et al., Appellants, against NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.

Argued January 5, 1948; decided March 5, 1948.

*Philip F. Wexner* and *Sidney Schindler* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

*Ali D. Good, John F. Egan* and *Arthur S. Mebel* for Jacob Kraus and others, *amici curiæ*, in support of appellants' position.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.